# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Central States, Southeast and Southwest Areas Pension Fund, et al.

                              Plaintiff,

v.

                              Case No.: 1:18−cv−07383

                              Honorable Elaine E. Bucklo

H. Richard Smith Revocable Trust U/A/D June 14, 2002, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference set for 2/15/2019 at 09:30 AM. Rule 26(f) report re MIDP due 2/12/2019. The report must comply with the Mandatory Initial Discovery Pilot program of the district court. The report form can be found on Judge Bucklo's page at ilnd.uscourts.gov. Mailed notice (reg)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.